# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF GEORGIA

## SAVANNAH DIVISION

THE UNITED STATES OF AMERICA,     )
                               )
        Plaintiff,           )
                               )
        v.                 )   CR408-205
                               )
BILLY D. MERRITT,              )
                               )
        Defendant.       )

## O R D E R

Counsel in the above-captioned case have advised the Court that all pretrial motions have been complied with and/or that all matters raised in the parties' motions have been resolved by agreement. Therefore, a hearing in this case is deemed unnecessary.

SO ORDERED, this ___9___ day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA