IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. )
) CASE NO. CR408-205
BILLY DERON MERRITT, )
)
    Defendant. )
)

## O R D E R

Before the Court is Defendant Billy Deron Merritt's Notice of Appeal. (Doc. 41.) As part of the Notice, Defendant requests that this Court grant him an extension of time to file a notice of appeal. (Id.) After careful consideration, Defendant's requests are **DENIED**.[1]

On January 28, 2009, Defendant, represented by appointed counsel Mr. Michael H. Smith, pled guilty to and was sentenced for possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1). (Docs. 29 & 30.) On February 25, 2009, Defendant filed, without the assistance of counsel, a Motion for Extension of Time to Appeal. (Doc. 32.) In that Motion, Defendant claimed that, as a result of losing contact with Mr. Smith after sentencing, Defendant was unable to direct Mr. Smith to

---

[1] In the Notice, Defendant also asked this Court to appoint him counsel on appeal. However, Defendant remains represented by appointed trial counsel. Therefore, this Court need not appoint him new counsel for any appeal.

file a notice of appeal. (Id. at 1.) Based on Defendant's first Motion for Extension of Time to Appeal, the Court directed Mr. Smith to respond to Defendant's assertions. (Doc. 37.)

In his Response, Mr. Smith stated that he advised Defendant of Defendant's right to appeal immediately following sentencing on January 29, 2009. (Doc. 38 at 1.) At that time, Defendant informed Mr. Smith that he did not wish to file an appeal. (Id.) Mr. Smith did confirm that he was unable to communicate with Defendant again until February 5, 2009, when he spoke to Defendant via telephone. (Id. at 1-2.) During this conversation, Defendant was again advised of his right to appeal, but again informed Mr. Smith that he did not want to appeal. (Id. at 2.) After receiving a copy of Defendant's first Motion for Extension of Time to Appeal, Mr. Smith spoke with Defendant on March 11, 2009 and asked him again if he would like to file an appeal. (Id.) For a third time, Defendant stated that he did not wish to file an appeal. (Id.) Finally, after receiving a copy of this Court's March 30, 2009 Order directing him to respond, Mr. Smith spoke with Defendant, via telephone, on April 1, 2009. During this conversation, Mr. Smith, for a fourth time, advised Defendant of his right to appeal. As with the three prior conversations

concerning any appeal, Defendant informed Mr. Smith that he did not wish to file an appeal. On May 19, 2009, Defendant filed the Notice of Appeal presently before this Court.

A defendant in a criminal case has ten days to file a notice of appeal. Fed. R. App. P. 4(b)(1)(A). If a defendant fails to file a timely notice of appeal, the Court may grant a defendant an extension of up to thirty days, provided the defendant can show excusable neglect or good cause in failing to file a timely notice of appeal. See id. 4(b)(4).

After careful consideration, the Court is unable to grant Defendant an extension of time to appeal for two reasons. First, the Court has determined that Defendant has failed to show the excusable neglect that would warrant an extension of time. See Fed. R. App. P. 4(b)(4). Rather, it appears that Defendant has had a change of heart concerning an appeal. Defendant had at least four opportunities to direct his attorney to file a notice of appeal on his behalf. However, Defendant rejected all four of Mr. Smith's offers, and this Court is unable to provide Defendant with a fifth.

Second, even if it found excusable neglect, the Court is unable to grant Defendant's Motion because it requests an extension greater than thirty days. Defendant's

judgment was entered on January 28, 2009. According to Rule 4(b)(4), the Court cannot grant an extension in excess of thirty days beyond the expiration of the original deadline, which means that Defendant had until March 13, 2009 to request an extension. Therefore, even if Defendant could show excusable neglect, the present Motion, filed May 19, 2009, would be untimely.

Accordingly, Defendant's request for an extension of time to appeal is **DENIED**.

SO ORDERED this 17th day of June, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA